1  Terry Ahearn (SBN 216543)
2  Jeremy T. Elman (SBN 223696)
   **DUANE MORRIS LLP**
3  260 Homer Avenue, Suite 202
   Palo Alto, CA 94301
4  Telephone: (650) 847-4150
   Fax: (650) 847-4151
5  Email:  twahearn@duanemorris.com
           jelman@duanemorris.com
6
   Attorneys for Defendant
7  SKYWORTH USA CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| VDPP, LLC, | Case No.: 5:24-cv-01176 |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |
| v. | |
| SKYWORTH USA CORPORATION, | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES: PLEASE TAKE NOTICE that Plaintiff VDPP, LLC ("Plaintiff"), and Defendant SKYWORTH USA CORPORATION ("Defendant"), have reached an agreement in principle to resolve all claims between Plaintiff and Defendant pending in this action. Plaintiff and Defendant are in the process of drafting and executing the formal settlement agreement and related dismissal papers.

The Parties expect that the final executed Joint Stipulation of Dismissal of all claims will be filed within 30 days.

///

///

///

Dated: August 7, 2024                Respectfully submitted,

**RAMEY LLP**

By: */s/ Susan S.Q. Kalra*
    Susan S.Q. Kalra

*Attorneys for Plaintiff*
*VDPP, LLC*

Dated: August 7, 2024                **DUANE MORRIS LLP**

By: */s/ Jeremy T. Elman*
    Jeremy T. Elman

*Attorneys for Defendant*
*SKYWORTH USA CORPORATION*

**ATTESTATION**

I, Jeremy T. Elman, am the ECF User whose identification and password are being used to file the Joint Notice of Settlement in Principle, filed concurrently herewith. Pursuant to Local Rule 5-1.(i)(3), I hereby attest that counsel for Plaintiff VDPP, LLC, has concurred in the filing of the Joint Notice of Settlement in Principle, filed concurrently herewith.

Dated: August 7, 2024

**DUANE MORRIS LLP**

By: */s/ Jeremy T. Elman*
Jeremy T. Elman

*Attorneys for Defendant*
**SKYWORTH USA CORPORATION**