Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

*Attorneys for Plaintiff*
VDPP, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

VDPP, LLC,

Plaintiff,

v.

SKYWORTH USA CORPORATION,

Defendant.

Case No.: 5:24-cv-01176-JWH-ADS

**PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**JURY TRIAL DEMANDED**

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, VDPP, LLC, hereby files this stipulation of dismissal of this action for all of Plaintiff's claims as Defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

Dated: September 5, 2024

Respectfully submitted,

RAMEY LLP

*/s/ Susan S.Q. Kalra*
Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006

Southern California Office:
811 Wilshire Blvd., 17th Floor
Los Angeles, California 90017
Telephone: (800) 993-7499
Fax: (832) 900-4941

***Attorneys for Plaintiff***
***VDPP, LLC***

